UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6179

CASE NO. _____

18 USC 1010 **CR-FERGUSON**
18 USC 2

MAGISTRATE JUDGE
SNOW



FILED by _____ D.C.
'JUN 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH DUQUETTE,

    Defendant.

_____/

## INFORMATION

The United States Attorney charges:

Between on or about January 28, 1997 to on or about May 12, 1997, in Broward and Dade Counties, in the Southern District of Florida, and elsewhere, the defendant,

### KENNETH DUQUETTE,

for the purpose of obtaining loans from Aegis Mortgage Corporation, First Bankers Mortgage Services, New America Financial, Resource Bankshares Mortgage Group and Corinthian Mortgage Corporation, with the intent that such loans would be offered to or accepted by the United States Department of Housing and Urban Development for insurance, did: (1) make, pass, utter, and publish materially false statements, to wit: HUD-1 Settlement Statements, knowing the same to be false; and (2) utter, publish, and pass as true, title commitment letters and termite reports, knowing the same



to have been altered, forged, and counterfeited, in violation of Title 18, United States Code, Sections

1010 and 2.

_____
GUY A. LEWIS
UNITED STATES ATTORNEY


_____
LYNN D. ROSENTHAL
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA        CASE NO. _____

v.                              **CERTIFICATE OF TRIAL ATTORNEY***

KENNETH DUQUETTE                **Superseding Case Information**:

**Court Division**: (Select One)

New Defendant(s)        Yes ___    No ___
Number of New Defendants    ___
Total number of counts      ___

___ Miami   ___ Key West
_X_ FTL     ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_____
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)

   I    0 to 5 days      __X__      Petty       _____
   II   6 to 10 days     _____      Minor       _____
   III  11 to 20 days    _____      Misdem.     _____
   IV   21 to 60 days    _____      Felony      __X__
   V    61 days and over _____

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) ___NO_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) ___NO_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes __ No    If yes, was it pending in the Central Region? _X_ Yes __ No

                              _____
                              LYNN D. ROSENTHAL
                              ASSISTANT UNITED STATES ATTORNEY
                              Court Bar No. 343226

*Penalty Sheet(s) attached                              REV.4/7/99

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: KENNETH DUQUETTE          No.: _____

**Count #:1**
Making a False Statement to HUD;

Title 18, United States Code, Section 1010

*Max. Penalty: 2 Years' Imprisonment; and a $250,000, fine

**Count #:**


*Max. Penalty:

**Count #:**


*Max. Penalty:

**Count #:**



**Count #:**


*Max. Penalty:

**Count #:**


*Max. Penalty:

1 of 1
*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96