AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

FILED by ____ D.C.
JUL 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

Kenneth Duquette

**WAIVER OF INDICTMENT**

CASE NUMBER: 00-6179-CR-Ferguson

I, Kenneth Duquette, the above named defendant, who is accused of Title 18, United States Code, Section's 1010 and 2.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on July 25, 2000 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant
Sidney Fleischman

Before _____ 7/25/00
Judicial Officer