| | | | |
|---|---|---|---|
| DEFT: | KENNETH DUQUETTE (surrender) | CASE NO: | 00-6179-CR-Ferguson |
| AUSA: | Lynn Rosenthal | ATTNY: | Jack Fleischman |
| AGENT: | | VIOL: | |
| PROCEEDING: | I/A - Information | BOND REC: | |

FILED by ___ D.C.
JUL 25 2000
CLARENCE MADDOX
C-BKM U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

✓ BOND SET @ $50,000.00 - Personal Surety

CO-SIGNATURES: Waiver of indictment signed by defendant

SPECIAL CONDITIONS: _____

Reading of ~~Indictment~~ information waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Parties are discussing
Change of Plea.

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: not scheduled - Parties will call Judge Ferguson's chambers
DATE: July 25, 2000    TIME: 11:00 A.M.    TAPE # 00-059    PG #

3