FILED by ___ D.C.
JUL 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6179-CR-Ferguson

UNITED STATES OF AMERICA,

vs.

KEN DUQUETTE.
_____/

## NOTICE OF APPEARANCE
for Trial purposes only

COMES NOW, Fleischman & Fleischman, P.A., Jack A. Fleischman, and enters his Notice of Appearance on behalf of the above named defendant, for trial purposes only, requests that all further correspondence, Petitions, Notices, or other pleadings in the instant case be directed to the attorney at the address below.

FLEISCHMAN & FLEISCHMAN, P.A.
Jack A. Fleischman
Sidney Z. Fleischman
2875 S Ocean Bd, Suite 104
Palm Beach, FL 33480
561-585-3666 / Fax 547-4016
FL BAR NO: 0714534

By _____
Jack A. Fleischman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was Mailed to United States Attorney's Office, this **25** day of **July, 2000**.

By _____
Jack A. Fleischman

cc: Client