UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55407-004

UNITED STATES OF AMERICA )
                Plaintiff )  Case Number: CR 00-6179-CR- Ferguson
                           )  REPORT COMMENCING CRIMINAL
        -vs-               )           ACTION
                           )
Kenneth P. Duquette        )
        Defendant

*****************************************************

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court           (circle one)

FILED by ___ D.C.
JUL 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

*****************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 8:30   am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 18 USC 1010 - HUD Fraud

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 12/29/58

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint   To be filed/Already filed
    Case#_____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant
    ✓ Information
    Originating District: Southern District

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [✓]YES [ ]NO

Amount of Bond: $100,000 PS
Who set Bond: _____

(7) Remarks: _____

(8) Date: 7/25/00   (9) Arresting Officer: Special Agent Ruth Valdes
(10) Agency: US Dept HUD/OIG  (11) Phone: (305) 536-3087
(12) Comments: _____