FILED by _DH_ D.C.
JUL 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6179-CR-Ferguson

UNITED STATES OF AMERICA

vs

KENNETH DUQUETTE

### ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on July 25, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:        Address: 1021-C Green Pine Blvd.
                           West Palm Beach, Fl. 33409
                  Telephone: _____

DEFENSE COUNSEL:  Name: Jack A. Fleischman
                  Address: 2875 S. Ocean Blvd., Suite 104
                           Palm Beach, Florida 33480
                  Telephone: 561-585-3666

BOND (SET) CONTINUED:   $50,000.00 Personal Surety

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this 25th day of July, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Amy Jordan_
    Deputy Clerk

Tape No. 00-059

cc: Copy for Judge
    U. S. Attorney