JNK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6179-CR-FERGUSON

UNITED STATES OF AMERICA,  :

         PLAINTIFF,  :

v.  :

KENNETH DUQUETTE,  :

         DEFENDANT.  :

FILED by _____ D.C.

NOV 30 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE UNDER SECTION 5K1.1 OF THE SENTENCING GUIDELINES

The United States of America, by and through its undersigned Assistant United States Attorney, hereby requests the court for a downward departure from guideline range of the defendant under Section 5K1.1 of the Sentencing Guidelines and states as follows:

1.    On June 23, 2000, the defendant was charged in a one count information with making false statements to HUD, in violation of 18 U.S.C. §1010. On July 31, 2000, defendant pled guilty to the one count information. The PSI currently reflects that the guideline range of the defendant is 12-18 months.

2.    The defendant has provided substantial assistance in the investigation or prosecution of other persons who have committed an offense. The defendant's assistance will be



further detailed at a hearing on this matter.

                              Respectfully submitted,

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY

By:     */signature/*

                              JEFFREY N. KAPLAN
                              Court No. A5500030
                              500 E. Broward Blvd., 7th flr
                              Ft. Lauderdale, Fl 33394
                              (954) 356-7255
                              (954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this ___ day of November, 2000, to John Fleischman, Esq., 2875 South Ocean Blvd., Suite 200, Palm Beach, Fla. 33480.

                              */signature/*
                              JEFFREY N. KAPLAN
                              ASSISTANT U.S. ATTORNEY