SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*Filed by ___ D.C.*
*DEC 1 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

CASE # _00-6179-CR-WDF_

DEFENDANT _Kenneth Luquette_    JUDGE _WILKIE D. FERGUSON_

Deputy Clerk _TROY T. WALKER_    DATE _Dec. 1, 2000_

Court Reporter _Paul Haferling_    USPO _K. Gomez_

AUSA _Jeff Kaplan_    Deft's Counsel _Jack Fleischman_

COUNTS DISMISSED _All Others_

____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until ___/___/___ at _____ AM / PM

_Right to Appeal_

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Supervised Release _____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | 2 | | |

Comments _H.C. for 6 months (See J.&C. for details)_
_Plea that's a violation may be dismissed_

Assessment $ _____    Fine $ _None_

Restitution /Other _$117,366.54_

### CUSTODY

____ Remanded to the Custody of the U.S. Marshal Service    ____ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: _____